Charles D. Colett, OSB #79191
chuck@colettlaw.com
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, OR 97223-5489
Tel: (503) 598-3411
Fax: (503) 598-4646

Attorney for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND; et al, <br><br>     Plaintiffs, <br><br>         v. <br><br> ROSS ISLAND SAND & GRAVEL CO., et al, <br><br>     Defendants | Case No. 3:18-cv-442-SB <br><br> PLAINTIFFS' NOTICE OF DISMISSAL |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs file this Notice of Dismissal of the proceedings herein.

                                  COLETT LAW GROUP, LLP

Dated: February 20, 2019            s/ Charles D. Colett
                                                Charles D. Colett, OSB 791916
                                                Attorney for Plaintiffs

PLAINTIFFS' NOTICE OF DISMISSAL - 1

## CERTIFICATE - TRUE COPY

I hereby certify that I have prepared the foregoing copy of PLAINTIFFS' NOTICE OF DISMISSAL and have carefully compared the same with the original thereof, and that is a correct copy therefrom and of the whole thereof.

DATED: February 20, 2019

/s/ Charles D. Colett
Charles D. Colett, OSB #791916
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on:

| ROSS ISLAND SAND & GRAVEL CO. | R.B. PAMPLIN CORPORATION |
| --- | --- |
| c/o Ankur H. Doshi, Registered Agent | c/o Ankur H. Doshi, Registered Agent |
| 6605 SE Lake Rd. | 6605 SE Lake Rd. |
| P.O. Box 22109 | P.O. Box 22109 |
| Portland, OR 97269-2109 | Portland, OR 97269-2109 |

by mailing the company a true and correct copy thereof, certified by me as such. I further certify that said copy was placed in a sealed envelope and addressed to the company and deposited in the United States Post Office at Portland, Oregon, on the date below, and that the postage thereon was prepaid.

DATED: February 20, 2019       COLETT LAW GROUP, LLP

/s/ Charles D. Colett
Charles D. Colett, OSB #791916
Attorney for Plaintiffs

PLAINTIFFS' NOTICE OF DISMISSAL - 2